NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PATRICK C. NOVAK,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7121

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 10-3752, Chief Judge Bruce E. Kasold.

---

## ON MOTION

---

## ORDER

Patrick C. Novak moves to voluntarily dismiss his appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

**JUL 19 2011**                    /s/ Jan Horbaly
_____                    _____
Date                               Jan Horbaly
                                   Clerk

cc: Anthony Sebastian, Esq.
    William P. Rayel, Esq.

s21

Issued As A Mandate:   **JUL 19 2011**

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

- JUL 19 2011

**JAN HORBALY**
**CLERK**